UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Russell Penn,

Plaintiff,

v.

ORDER
Civil No. 01-708(MJD/ESS)

Constance Reece, et al.,

Defendant.

---

The above-entitled matter comes before the Court upon the objections of the Plaintiff to the Report and Recommendation of United States Magistrate Judge E.S. Swearingen dated June 12, 2001. The Magistrate Judge recommended that the Complaint be dismissed as Plaintiff had failed to exhaust his administrative remedies. In response to the Report and Recommendation, Plaintiff has submitted an Amended Complaint, which alleges that Plaintiff has now exhausted his administrative remedies, and has submitted documentation to show such exhaustion. Based on the Amended Complaint, the Court will not adopt the Report and Recommendation, and will remand this matter to the Magistrate Judge for further review.

Date: Sept. 19, 2001

Michael J. Davis
United States District Court

SEP 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK