**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JOHN RUSSELL PENN, Civil No. 01-708 (MJD/ESS)

Plaintiff,

v. **ORDER**

CONSTANCE C. REESE, DAVID DUNCAN,
TRONG TRAN, MICHAEL J. STALKA,
GUY HOWELL, JORGE CASTENADA,
DAVID GOODE, JOHN AND JANE DOE,
JOHN DOE, JOHN DOE, and JOHN DOE,

Defendants.

The above-entitled matter comes before the Court upon Defendants's Motion for Extension of Time in which to file an answer or otherwise plead in the above-entitled matter. The Court finds that good cause has been shown to grant Defendants's motion, and, therefore,

**IT IS HEREBY ORDERED that:**

1. Defendants's motion [Docket No. 29] is granted, and the Defendants shall have until February 7, 2002, to serve and file an answer or otherwise plead in the above-entitled matter.

Dated: January 23, 2002

E. S. SWEARINGEN
United States Magistrate Judge

JAN 24 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK