UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN RUSSELL PENN,

Plaintiff,

v.

CONSTANCE C. REESE, DAVID DUNCAN, TRONG TRAN, MICHAEL J. STALKA, GUY HOWELL, JORGE CASTENADA, DAVID GOODE, JOHN AND JANE DOE, JOHN DOE, JOHN DOE, AND JOHN DOE,

Defendants.

Civil No. 01-708 (MJD/ESS)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge E. S. Swearingen dated January 30th 2002, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY CONCLUDED**:

1. That Plaintiff's Motion for Temporary Restraining Order and/or Injunction is MOOT [Docket No. 4].

DATED: Feb 21, 2002.

MICHAEL J. DAVIS
United States District Judge

FEB 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK